THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, *v.* THOMAS J. CLUTE, Appellant.

(Argued May 3, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 9, 1885, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

This case presented substantially the same questions as and was decided upon the authority of *Clute* v. *Emmerich* (99 N. Y. 342).

*Thomas J. Clute*, appellant, in person.

*Bartholomew Skaats* for respondent.

*Per Curiam mem.* for affirmance.
All concur, except PARKER and BROWN, JJ., dissenting.
Judgment affirmed.